

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2021

No. 04-20-00598-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES, JR.,
AN INCAPACITATED PERSON**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6–000081-L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

After this court granted Appellant's first and second motions for extension of time to file the brief, we set Appellant's brief due on June 11, 2021. Appellant filed a third motion for an extension of time to file the brief until July 12, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on July 12, 2021. *See* TEX. R. APP. P. 38.6(d). Any further request for an extension of time to file the brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court